# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DALE D. SEATON & CAROLE D. SEATON                Case Number: 05-70583
9290 CINCINNATI DRIVE                  SSN-xxx-xx-8018 & xxx-xx-6510
MACHESNEY PARK, IL  61115

Case filed on: 2/15/2005
Plan Confirmed on: 6/24/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $56,750.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF PUBLIC AID/MRU | 984.93 | 984.93 | 984.93 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 6,884.84 | 6,884.84 | 6,884.84 | 0.00 |
| 004 | HARVARD COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 154.46 | 154.46 | 154.46 | 0.00 |
|  | Total Priority | 8,024.23 | 8,024.23 | 8,024.23 | 0.00 |
| 999 | DALE D. SEATON | 0.00 | 0.00 | 1,972.24 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,972.24 | 0.00 |
| 001 | AMCORE BANK NA | 17,300.00 | 17,300.00 | 17,300.00 | 1,200.82 |
|  | Total Secured | 17,300.00 | 17,300.00 | 17,300.00 | 1,200.82 |
| 001 | AMCORE BANK NA | 3,809.12 | 3,809.12 | 3,809.12 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF PUBLIC AID/MRU | 4,381.57 | 4,381.57 | 4,381.57 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 4,286.26 | 4,286.26 | 4,286.26 | 0.00 |
| 005 | AMO RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 4,682.59 | 4,682.59 | 4,682.59 | 0.00 |
| 007 | SMC | 1,248.17 | 1,248.17 | 1,248.17 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HOUSEHOLD CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NORTHLAND GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 1,421.59 | 1,421.59 | 1,421.59 | 0.00 |
| 014 | COTTONWOOD FINANCIAL | 1,911.79 | 1,911.79 | 1,911.79 | 0.00 |
| 015 | ILLINOIS DEPARTMENT OF REVENUE | 72.20 | 72.20 | 72.20 | 0.00 |
|  | Total Unsecured | 21,813.29 | 21,813.29 | 21,813.29 | 0.00 |
|  | Grand Total: | 50,001.52 | 50,001.52 | 51,973.76 | 1,200.82 |

Total Paid Claimant:      $53,174.58
Trustee Allowance:        $3,575.42
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 09/26/2008            By  /s/Heather M. Fagan